Michael Kind, Esq.
Nevada Bar No. 13903
**KAZEROUNI LAW GROUP, APC**
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
Phone: (800) 400-6808 x7
mkind@kazlg.com

David H. Krieger, Esq.
Nevada Bar No. 9086
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff Christine J. Masters*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Christine J. Masters,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Equifax Information Services LLC and Trans Union LLC,<br><br>　　　　Defendants. | Case No.: 2:17-cv-01834-JCM-PAL<br><br>**Notice of Settlement** |

## NOTICE

The disputes between Plaintiff Christine J. Masters ("Plaintiff") and Defendants Equifax Information Services, LLC and Trans Union LLC ("Defendants") have been resolved.

Plaintiff anticipates filing dismissal documents as to Plaintiff's claims against Defendants, with prejudice, within 60 days—on or before **January 16, 2018**.

DATED this 17th day of November 2017.

Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 S Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
*Attorneys for Plaintiff*

**IT IS ORDERED** that the settling parties shall have until **January 16, 2018**, to either file a stipulation for dismissal with prejudice, or a joint status report advising when the stipulation will be filed.

Dated: November 20, 2017

Peggy A. Leen
United States Magistrate Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on November 17, 2017, the foregoing Notice of Settlement was filed and served via CM/ECF to all parties appearing in this case.

**Kazerouni Law Group, APC**

By: /s/ Michael Kind
Michael Kind
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148