Michael Kind, Esq. (SBN: 13903)
**KAZEROUNI LAW GROUP, APC**
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq.
Nevada Bar No. 9086
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff Christine J. Masters*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Christine J. Masters,<br><br>Plaintiff,<br><br>v.<br><br>Equifax Information Services LLC and Trans Union LLC,<br><br>Defendants. | Case No. 2:17-cv-01834-JCM-PAL<br><br>**JOINT STATUS REPORT REGARDING SETTLEMENT** |

## JOINT STATUS REPORT

The dispute between Plaintiff Christine J. Masters and Defendant Equifax Information Services LLC ("Defendant" and jointly as the "Parties") has been resolved.

The Parties have agreed as to the settlement terms and have exchanged a final settlement agreement. The Parties are waiting for an executed copy of the settlement agreement to be exchanged. The Parties anticipate filing dismissal documents as to Defendant within 30 days—on or before **February 15, 2018**.

DATED this 16th day of January 2018.

Respectfully Submitted,

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
*Attorneys for Plaintiff*

**SNELL & WILMER LLP**

By: /s/ Bradley T. Austin
Bradley T. Austin, Esq.
3883 Howard Hughes Pkwy., Ste. 1100
Las Vegas, NV 89169
*Attorneys for Defendant*
*Equifax Information Services LLC*

   **IT IS ORDERED** that the settling parties shall have until **February 15, 2018**, to either file a stipulation of dismissal with prejudice, or a joint status report advising when the stipulation will be filed.

Dated: January 19, 2018

Peggy A. Leen
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on January 16, 2018 the foregoing Joint Status Report Regarding Settlement was filed and served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
    Michael Kind, Esq.
    6069 South Fort Apache Road, Ste. 100
    Las Vegas, Nevada 89148